```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
KEIFER BRAZIER, et al.            :
                                  :
                  Plaintiffs,     :
                                  :                ORDER
    - against -                   :
                                  :
REAL HOSPITALITY GROUP, LLC, et al.,:
                                  :         20 Civ. 8239 (VM)
                                  :
                  Defendants.     :
----------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 1/19/2021

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than February 26, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website. The Court will assess the need for an Initial Case Management Conference after reviewing the submission.

Dated:    January 19, 2021
          New York, New York

                                        _____
                                                Victor Marrero
                                                   U.S.D.J.