```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
BRAZIER, et al.,                  :
                                  :
               Plaintiffs,        :
                                  :        20 Civ. 8239 (VM)
     -against-                    :        ORDER
                                  :
REAL HOSPITALITY GROUP, LLC,      :
et al.,                           :
                                  :
               Defendants.        :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

On July 9, 2021, the parties informed the Court that they have reached a settlement in principle on a class-wide basis. (See Dkt. No. 29.) The parties requested that the Court adjourn all deadlines and refer this matter to Magistrate Judge Freeman for adjudication of the anticipated Motions for Preliminary and Final Approval of the Class Action Settlement. (Id.) The Court hereby grants the request to adjourn all deadlines in this matter.

The Court will deny the request to refer the anticipated motions at this time. The parties are instructed to file the anticipated motions with the Court in the first instance, and the Court will reconsider any request for referral after the deadline to object to the settlement has passed.

**SO ORDERED:**

Dated:   New York, New York
         13 July 2021

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.