```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
KEIFER BRAZIER, et al.            :
                                  :
                    Plaintiffs,   :
                                  :
    - against -                   :
                                  :
REAL HOSPITALITY GROUP, LLC, et al.,:
                                  :   20 Civ. 8239 (VM)
                                  :
                    Defendants.   :
----------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2022
```

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The conference in the above-captioned matter scheduled for March 11, 2022 at 10:30 a.m. is hereby rescheduled for March 11, 2022 at 11:00 a.m. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

Dated:  07 March 2022
        New York, New York

*Victor Marrero*
U.S.D.J.