```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/14/22__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIEFER BRAZIER,
LUISAIRY GONZALEZ PENA,
and LATASHA AUGUSTUS,
individually and on behalf of all others similarly situated,

                 **Plaintiffs,**

    - against -

REAL HOSPITALITY GROUP, LLC, and
REAL PAYROLL GROUP, LLC,

                 **Defendants.**

Case No: 20-cv-08239(VM)

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPROVAL OF CLASS COUNSEL'S ATTORNEYS' FEES, APPROVAL OF SERVICE PAYMENT TO NAMED PLAINTIFFS, APPROVAL OF SETTLEMENT ADMINISTRATOR'S FEES
AND DISMISSAL OF THIS ACTION WITH PREJUDICE**

      Having considered Plaintiffs' Unopposed Motion for (1) Final Approval of Class Action Settlement, (2) Certification of the Settlement Class, (3) Approval of Class Counsel's Attorneys' Fees, (4) Approval of Service Payment to Named Plaintiffs, (5) Approval of Settlement Administrator's Fees, and (6) Dismissal of this Action with Prejudice, the Court now ORDERS that:

      A.    The settlement set forth in the Settlement Agreement is fair and reasonable and Class Members were afforded all due procedural safeguards, and thereby grants the Motion for Final Approval and approves the settlement set forth in the Settlement Agreement, including all service awards, release payments for Named Plaintiffs, administration fees, and Class Counsel's attorneys' fees as described therein; and

    B.    The Settlement Class is hereby Certified under Fed. R. Civ. P. 23(b)(3) for settlement purposes; and

    D.    All members of the Class who did not timely opt out are hereby permanently enjoined and restrained from asserting any and all claims that were released pursuant to the Settlement Agreement; and

    E.    The lawsuit is dismissed with prejudice and without costs to any party; and

    E.    The Court reserves exclusive and continuing jurisdiction over this action, the Plaintiffs, the Class, and the Defendant for the purpose of supervising the implementation, enforcement construction and interpretation of the Settlement Agreement and this Final Approval Order.

It is SO ORDERED this  11  day of  March , 2022

                                Victor Marrero
                                U.S.D.J.